# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 13-1016 consolidated with 13-1015


**JENNIFER CHAVIS, ET AL.**

**VERSUS**

**DR. JOHN SCOTT SIBILLE, ET AL.**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 092764 C/W 092763
HONORABLE DONALD WAYNE HEBERT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***


**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Jimmie C. Peters, Judges.


**AFFIRMED.**

**Terry L. Rowe**
**Terry L. Rowe & Associates**
**P. O. Box 3323**
**Lafayette, LA 70502**
**Telephone: (337) 232-4744**
**COUNSEL FOR:**
 **Defendants/Appellees - State Farm Fire & Casualty Company, Dr. John
 Scott Sibille, and Paulette Sibille**

**H. Edward Sherman**
**H. Edward Sherman, APLC**
**819 Nunez Street**
**New Orleans, LA 70114**
**Telephone: (504) 587-7100**
**COUNSEL FOR:**
 **Plaintiffs/Appellants – Ronald Brooks, Jennifer Chavis, Jonas Chavis,
 Jamesha Wilson, and Jaliyah Wilson**

**THIBODEAUX, Chief Judge.**

For the foregoing reasons discussed in the consolidated case of *Ronald Brooks v. Dr. John Scott Sibille, et al.*, 13-1015 (La.App. 3 Cir. __/__/14), __ So.3d __, the judgment of the trial court is affirmed. Costs of the appeal are assessed to the appellants, Robert Brooks and Jennifer Chavis.

**AFFIRMED.**